A&L CESSPOOL SERVICE CORP
38-40 REVIEW STREET
LONG ISLAND CITY, NY 11101


AAA-MAIL STOP 2
1000 AAA DRIVE
LAKE MARY, FL 32746-5063


ABID, SHENOUDA A.
34 LOTT LANE
STATEN ISLAND, NY 10314


ABUKAR, NASIR AHMED
99-33 212ST
QUEENS VILLAGE, NY 11429


ADMASSU, TSEHAYE
1581 PARK AVE
APT# 14G
NEW YORK, NY 10029


ADMORE HARDWARE & LOCK CO INC.
11 EAST 33RD STREET
NEW YORK, NY 10016


AFRIYIE, EMMANUEL
1422 NELSON AVENUE 2D
BRONX, NY 10452


AGYEMAN, OSEI
1413 FULTON AVE
#1B
BRONX, NY 10456


AIRALL, MICHAEL
6 MARY DRIVE
NAUGATUCK, CT 06770


ALCANTARA, BRAUDILIO
190-25 WOODHULL AVE
APT#6 I
HOLLIS, NY 11423

ALI, HATEM
312 EAST 5TH STREET
3RD FLOOR
BROOKLYN, NY 11218

ALVAREZ, GLORIA
332 61ST STREET
APT# C2
WEST NEW YORK, NJ 07093

AMPARO, PAULA
1330 WEBSTER AVE
APT #17C
BRONX, NY 10456

ASAKOMAH, AFUA
47 MCKEEVER PLACE
APT 10J
BROOKLYN, NY 11225

AUSTIN, JULIE S
87-09 34TH AVE
APT# 2E
JACKSON HEIGHTS, NY 11372

BARENBAUM, POLINA
2552 E. 7 STREET
APT# 4H
BROOKLYN, NY 11235

BASCOM, NICOLA P
1266 FINDLAY AVE
BRONX, NY 10456

BELTRE, MARILYN
747 RIVERSIDE DR APT 5M
NEW YORK, NY 10031

BENNETT, TRACY
12 KRONE PLACE
HACKENSACK, NJ 07601

BETANCOURT, ANDREA
141-29 78 AVENUE
APT#1B
FLUSHING, NY 11367

BOOHENE, GENEVIVE
1903 MATTHEWS AVE
BRONX, NY 10467


BORCA DURE, SIMONDE
8615 208TH ST APT 1A
QUEENS VILLAGE, NY 11427


BOVELL, KEITH
114-58 210TH STREET
CAMBRIA HEIGHTS, NY 11411


BRANCH, REGINALD
95 W 95TH STREET
NEW YORK, NY 10025


BRYANT, HEATHER
3202 KOSSUTH AVE. APT 5C
BRONX, NY 10467


BUDDINGTON, SHAMEEM
2501 FRISBY AVE
APT #1
BRONX, NY 10461


BYRON, FRANTZ
2363 GRAND AVE
APT 12A3
BALDWIN, NY 11510


C&S MARBLE & GRANITE IMPORTER
118 GAZA BLVD.
FARMINGDALE, NY 11735


CABRERA, YUDERKA
1791 BRUCKNER BLVD.
APT. 29
BRONX, NY 10472


CACERES, BENITO
415 WARREN ST.
HARRISON, NJ 07029

CANCEL, JOSE L
59 RUTLAND ROAD
WEST BABYLON, NY 11704

CARROLL, MICHAEL
23 BRIAN DRIVE
EAST ISLIP, NY 11730

CARROLL, ROBERT
7 BEDFORD AVENUE
MASSAPEQUA, NY 11758

CASTELLANOS, FELIX
110-69 BUSTLETON AVENUE
PHILADELPHIA, PA 19116

CAVALCANTI, SERGIO
117 BOULEVARD DRIVE
DANBURY, CT 06810

CHARLEY, MAVIS M
1033 EAST 85TH STREET
BROOKLYN, NY 11236

CHARPENTIER, MARIE LUNIE
748 CAROLINE AVE
ELMONT, NY 11003

CHEN, PEI HUAN
1776 78TH ST
BROOKLYN, NY 11214

CHEUNG, YUK YING YU
26 HOPE LANE
STATEN ISLAND, NY 10305

CLARKE, DULCIE
9014 AVE A
BROOKLYN, NY 11236

COHEN, RONNIE G
3591 BAINBRIDGE AVENUE
APT#3P
BRONX, NY 10467

```
COLLADO, ANA
1100 PETERHOFF STREET
APT# 7
VALLEY STREAM, NY 11580


COLUMBIA
48 W. 37TH STREET
NEW YORK, NY 10018


CONEDISON
P.O. BOX 1701
NEW YORK, NY 10116


CONSOLIDATED EDISON CO OF NY
P. O. BOX 1702
NEW YORK, NY 10016


CONSTELLATION ENERGY SERVICE
P.O. BOX 4640
CAROL STREAM, IL 60197


CORTEZ, JOHN LUIS
220 10TH STREET
WEST BABYLON, NY 11704


CORTEZ, VERONICA
206 PENNSYLVANIA AVE
YONKERS, NY 10707


COTTONE, SALVATORE
35 MAPLE AVE
BELLPORT, NY 11713


CRUZ, CAROLINE
220 10TH STREET
WEST BABYLON, NY 11704


CUI, LI JUN
46 MADISON STREET
APT # 12 C
NEW YORK, NY 10038


DECAMBRE, RONALD
19 SHIRING LANE
WATERBURY, CT 06708
```

DESIGN COMMUNICATIONS, INC
6880 PERRY CREEK ROAD
RALEIGH, NC 27624

DIRECT ENERGY
P.O. BOX 32179
NEW YORK, NY 10087

ED-DERS, SAID
30-06 50TH STREET
WOODSIDE, NY 11377

EDWARDS, EUGENIE
142 SHEPERD AVE
BROOKLYN, NY 11208

EVERBANK COMMERCIAL FINANCE
P.O. BOX 911608
DENVER, CO 80291

FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250

FIRE CODE SERVICES
121 NEWARK AVE
JERSEY CITY, NJ 07302

FOXWORTH., WILLIE
10 OLEAN AVE
JERSEY CITY, NJ 07304

FREDERICK, GREGORY
23-08 NEWTON AVE APT 4CW
ASTORIA, NY 11102

FREYCINET, ROMANE
119-11 199TH STREET
SAINT ALBANS, NY 11412

FYNN, GEORGE
185 ARDSLEY LOOP
APT 7F
BROOKLYN, NY 11239

```
GARCIA, DALMA
86-02 PARK LANE SOUTH
APT. #3B1
WOODHAVEN, NY 11421


GARCIA, ROBERTO
85-12 57TH ROAD
ELMHURST, NY 11373


GONZALEZ, RUBEN
152 MAIN STREET
APT#8
BEACON, NY 12508


GOOLMOHAMMED, SABITA
48 GRAND CENTRAL AVE
AMITYVILLE, NY 11701


GUEDIRI, MOHAMED FOUAD
25-68 33RD STREET
APT # 2R
ASTORIA, NY 11102


HAROLD THURMAN
49 WEST 32ND STREET
NEW YORK, NY 10001


HAROLD THURMAN
49 WEST 32ND STREET
NEW YORK, NY 10001


HETES, VEERAMAH
101-38 108TH STREET
SOUTH RICHMOND HILL
QUEENS, NY 11419


HIDALGO, KARLA
9220 215ST STREET
QUEENS VILLAGE, NY 11428


HILTON
4649 PAYSPHERE CIRCLE
CHICAGO, IL 60674
```

HILTON FRANCHISE HOLDING LLC
7930 JONES BRANCH DRIVE
SUITE 1100
MC LEAN, VA 22102

HUTCHENSON, EMERSON
605 EAST 169 STREET
APT#2D
BRONX, NY 10456

IBARRA, FERNANDO
335 EAST 209 STREET
APT# 11
BRONX, NY 10467

ISLAM, MOHAMMED
90-36 180TH STREET
JAIMACA, NY 11432

JAZON, MARIE
491 WILLIAM STREET
APT 1D
EAST ORANGE, NJ 07017

JEAN PIERRE, SOPHIA
411 EAST 29TH STREET
2ND FLOOR
BROOKLYN, NY 11226

JEAN, MAGDALA
1705 DORCHESTER ROAD
APT# 3A
BROOKLYN, NY 11226

JIANG, LIFEN
6020 82ND STREET 3FL
MIDDLE VILLAGE, NY 11379

JOHNSON, MARTHA
0-95 E. AMSTERDAM AVE
FAIR LAWN, NJ 07410

JPMORGAN CHASE BANK, N.A.
270 PARK AVENUE
39TH FLOOR
NEW YORK, NY 10017

KAJTEZOVIC, SEIDA
71-24 68 PLACE GLENDANLE
RIDGEWOOD, NY 11385

KAUR, PARAMJIT
85-60 256TH ST
FLORAL PARK, NY 11001

KESSELLY, MOHAMED
1591 FULTON AVE
APT # 4 - I
BRONX, NY 10457

KHAIMOVA, ANZHELA
9941 64TH AVE
APT#E1
QUEENS, NY 11372

KRAJA, LORETA
29 MARIE STREET
STATEN ISLAND, NY 10305

KUANG, YING CHUN
299 BROOME STREET APT 13
NEW YORK, NY 10002

KWAYISI, CECILIA
1169 OCEAN AVE APT 3A
BROOKLYN, NY 11230

LADIERO, FLORENCE
63 MERCURY AVE
COLONIA, NJ 07067

LAM, SONIA
99-60 63RD
APT# 3X
REGO PARK, NY 11374

LENIS, ANGEL
1287 LANGDON STREET
ELMONT, NY 11003

LESKO, MICHAL
541 ELMWOOD TERRACE
LINDEN, NJ 07036

LI, RI MING
60-65 GATES AVE
2ND FL.
RIDGEWOOD, NY 11385

LIZ, AWILDA
520 ROSEDALE AVE
APT E 41
BRONX, NY 10473

LODGING SOLUTIONS, LLC
265 BROADHOLLOW ROAD
MELVILLE, NY 11747

LOPIENSKI, MAREK
29 GREGORY STREET
HAZLET, NJ 07730

LOUIE, DOROTHY
815 EAST 14TH STREET
APT 4G
BROOKLYN, NY 11230

LOYOLA, PHILIPE
2146 WATSON AVE.
BRONX, NY 10472

LU, GUOQING
1952 66TH STREET
FIRST FLOOR
BROOKLYN, NY 11204

LU, JIAN MIN
449 RARITAN AVE
STATEN ISLAND, NY 10305

LUGO, JAIRO
216-05 115TH STREET
CAMBRIA HEIGHTS, NY 11411

```
MALAVE, CARMEN
323 TAYLOR STREET
STATEN ISLAND, NY 10310


MAMDEEN, HILARY
90 LINCOLN STREET
MONTCLAIR, NJ 07042


MARMOL, INDHIRA M
1970 WALTON AVENUE
APT# 4A
BRONX, NY 10453


MAZURYK, OKSANA
59-40 GROVE ST
RIDGEWOOD, NY 11385


MEI, MIN YI
8303 5TH AVE
BROOKLYN, NY 11209


MICI, IRENA
3065ROBERTS AVE
#4J
BRONX, NY 10461


MOMPLAISIR, JEAN GARY
1592 REMSEN AVE
BROOKLYN, NY 11236


MONTAGUE, MERL
170 HAWTHORNE ST.
APT# 3 N
BROOKLYN, NY 11225


MORALES, CARLOS
877 EAST 169TH STREET
BRONX, NY 10459


MOUTAOUAKIL, HASSAN
51-42 30TH AVENUE
H 2 M
WOODSIDE, NY 11377
```

```
MUZAK LLC
P.O. BOX 71070
CHARLOTTE, NC 28272


N & S ELECTRIC SUPPLY LIGHT
702 E. JERICHO TPK
HUNTINGTON STATION, NY 11746


NARINE, ROOP
90-25 218 STREET
QUEENS VILLAGE, NY 11428


NELSON, MARIE
4693 CASTOR AVENUE
PHILADELPHIA, PA 19124


NEMETH, HEATHER
47 COACHMAN LANE
LEVITTOWN, NY 11756


OPOKU, JOSEPH
2045 SOUTHERN BLVD
APT # 3E
BRONX, NY 10460


PAFUNDI, RAUL
94-26 42ND AVENUE
ELMHURST, NY 11373


PALDON, DECHEN
84-16 ELMHURST AVE
APT# 3C
ELMHURST, NY 11373


PALLOSHI, DJANA
407 WEST 54TH STREET
#1E
NEW YORK, NY 10019


PANTOJA, MERARIS
641 EAST 5TH STREET
APT# 2A
NEW YORK, NY 10009
```

PARASRAM, STEPHEN
21 HOPATCONG AVE
WEST HEMPSTEAD, NY 11552


PATEC COMMUNICATIONS INC.
P.O. BOX 9001013
LOUISVILLE, KY 40290


PENTA RESTORATION CORP.
24-09 41ST AVE
2ND FLOOR
LONG ISLAND CITY, NY 11101


PEPAJ, AVNI
479 BERGEN BLVD
PALISADES PARK, NJ 07650


PEREZ, LUIS
270 WEST 119 ST.
APT 5E
NEW YORK CITY, NY 10026


PINK, SHARON C
16 JAMES PLACE
LODI, NJ 07644


POPKO, JOLANTA
17 EVELYN PL.
STATEN ISLAND, NY 10305


PRIMARY ELECTRICAL SUPPLY
129-10 HILLSIDE AVENUE
BROOKLYN, NY 11218


PRONTO GAS HEATING SUPPLY CO.
181 CHRRYSTIE STREET
NEW YORK, NY 10002


QUINONES, JOSE
58-60 HIGHLAND STREET
PATERSON, NJ 07524


RIPLEY, STEVEN
37 LINCOLN RD
HEMPSTEAD, NY 11550

```
RODRIGUEZ, NOREEN
8414 14TH AVENUE
BROOKLYN, NY 11228


RONDON, BARBARA
177-47 105TH AVENUE
QUEENS, NY 11433


RUSSNAK, GERARD
155 WEAVER RD.
WEST SAYVILLE, NY 11796


SACKOR, MUSTAPHA
163-27 PHROANE AVENUE
JAMAICA, NY 11433


SAINT JULIEN, MILDER
102 ALMARK WAY LEEPORT
LEESPORT, PA 19533


SEASONED MANAGEMENT, LLC
90 WEST STREET
NEW YORK, NY 10006


SEASONS AFFILIATES LLC
224 WEST 49TH STREET
ROOM 411
NEW YORK, NY 10019


SEASONS AFFILIATES LLC
224 WEST 49TH STREET
ROOM 411
NEW YORK, NY 10019


SERTSAI, ASMERET
3400 FT INDEPENDENCE STREET
APT 1A
BRONX, NY 10463


SIMRET, HELEN K
626 RIVERSIDE DR.
APT #14-0
NEW YORK, NY 10031
```

```
SINGH, KASHMIR
249-19 ELKMONT AVE.
BELLEROSE, NY 11426


SOK, RICHARD
344 EAST 28TH STREET
APT # 26A
NEW YORK, NY 10016


STANBURY, JOAN
1041 EAST 85 STREET
1ST FLOOR
BROOKLYN, NY 11236


STIMPHIL, CHERLY
1029 E 95 STREET
APT # 2
BROOKLYN, NY 11236


STOJKU, ZYRA
1569 HAIGHT AVE
BRONX, NY 10461


SURIEL, DEANNIS
737 53RD ST.
APT# 1C
BROOKLYN, NY 11220


TEFERI, SABA
804 HURLEYCT
FAR ROCKAWAY, NY 11691


TEJADA, HIRENIA
246 AMHERST AVE
COLONIA, NJ 07067


TEKLE, GENET M.
152 WEST 141 STREET
APT# 1B
NEW YORK, NY 10030


THE PRESS HOUSE
MAPLEWOOD, NJ 07040
```

```
THEOBAL, MARIO
4014 AVE J
BROOKLYN, NY 11210


TORRES, REINA M
2012 COLDEN AVE
BRONX, NY 10462


TRAMBULO, ALAN
35-48 35TH STREET
APT# 2F
ASTORIA, NY 11106


TRIBOROUGH SCAFFOLDING & HOIST
35-06 FARRINGTON STREET
FLUSHING, NY 11354


TRIM, GILLIAN
115 EAST 21ST STREET
APT # 3-A
BROOKLYN, NY 11226


TRISTATE SAFETY
18-23 41ST STREET
ASTORIA, NY 11105


TUNKARA, MOHAMADOU
614 E 179ST
APT # 2D
BRONX, NY 10457


VAKUFAC, MERIMA
71-1665TH PL
GLENDALE, NY 11385


WANG, WEI ZI
418 100TH STREET
BROOKLYN, NY 11209


WES CONSULTANTS
12 WEST 32ND STREET
8TH FLOOR
NEW YORK, NY 10001
```

WINE TREND INC.


WOLDEAB, AMELEWORK
1309 5TH AVENUE
APT# 5D
NEW YORK, NY 10029


WRIGHT, CAROL
395 SOUTH 11 STREET
SOUTH ORANGE AVENUE
NEWARK, NJ 07103


WU, CHUN ZHI
147-31 38TH AVE
A47
FLUSHING, NY 11354


XU, YAN LI
6020 82ND STREET 3FL
MIDDLE VILLAGE, NY 11379


YACOB, HIWET
40-15 192ND ST.
APT# 1
FLUSHING, NY 11358


YATSYUK, NATALIYA
1319 AVENUE X
APT # C2
BROOKLYN, NY 11235


YHDEGO, YORSALEM
5775 MOSHOLU AVE
1# A
BRONX, NY 10471


YU, YAN FEN
29-12146 ST
FLUSHING, NY 11354


ZHANG, XIANDA
8691 19TH AVE
BROOKLYN, NY 11214