# EXHIBIT A

# HERALD HOTEL ASSOCIATES, L.P.

# LIST OF TWENTY (20) LARGEST UNSECURED CREDITORS

{Client/003674/11/02172712.DOCX;1 }

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Herald Hotel Associates, L.P.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **20-12266** |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Seasons Affiliates LLC**<br>224 West 49th Street Room 411<br>New York, NY 10019 | Jessica Sillins<br><br>jsillins@gmail.com | Rent Underground Lease | Unliquidated Disputed | | | $1,559,194.92 |
| **Lodging Solutions,LLC**<br>265 Broadhollow Road<br>Melville, NY 11747 | | Trade | | | | $59,050.00 |
| **Design Communications, Inc**<br>6880 Perry Creek Road<br>Raleigh, NC 27624 | | Trade | | | | $51,935.45 |
| **Tristate Safety**<br>18-23 41st Street<br>Astoria, NY 11105 | | Trade | | | | $33,300.00 |
| **ConEdison**<br>P.O. BOX 1701<br>New York, NY 10116 | | Utilities | | | | $25,492.12 |
| **C&S Marble & Granite Importer**<br>118 Gaza Blvd.<br>Farmingdale, NY 11735 | | Trade | | | | $23,539.39 |
| **Seasoned Management, LLC**<br>90 West Street<br>New York, NY 10006 | | Trade | | | | $20,000.00 |
| **Constellation Energy Service**<br>P.O. Box 4640<br>Carol Stream, IL 60197 | | Utilities | | | | $15,403.88 |

| Debtor | Herald Hotel Associates, L.P. | | Case number *(if known)* | **20-12266** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pronto Gas Heating Supply Co.**<br>181 Chrrystie Street<br>New York, NY 10002 | | Trade | | | | $14,207.82 |
| **AAA-Mail Stop 2**<br>1000 AAA Drive<br>Lake Mary, FL 32746-5063 | | Trade | | | | $13,919.80 |
| **PATEC Communications Inc.**<br>P.O. Box 9001013<br>Louisville, KY 40290 | | Utilities | | | | $6,650.69 |
| **Triborough Scaffolding & Hoist**<br>35-06 Farrington Street<br>Flushing, NY 11354 | | Trade | | | | $5,715.93 |
| **Hilton**<br>4649 Paysphere Circle<br>Chicago, IL 60674 | | Franchise Agreement | | | | $2,544.81 |
| **Direct Energy**<br>P.O. Box 32179<br>New York, NY 10087 | | Utilities | | | | $2,157.04 |
| **Consolidated Edison Co of NY**<br>P. O. BOX 1702<br>New York, NY 10016 | | Utilities | | | | $2,075.53 |
| **A&L CESSPOOL SERVICE CORP**<br>38-40 Review Street<br>Long Island City, NY 11101 | | Trade | | | | $1,551.47 |
| **Muzak LLC**<br>P.O. Box 71070<br>Charlotte, NC 28272 | | Trade | | | | $825.48 |
| **Fire Code Services**<br>121 Newark Ave<br>Jersey City, NJ 07302 | | Trade | | | | $212.31 |
| **Columbia**<br>48 W. 37th Street<br>New York, NY 10018 | | Trade | | | | $92.54 |
| **Admore Hardware & Lock Co Inc.**<br>11 East 33rd Street<br>New York, NY 10016 | | Trade | | | | $34.28 |