# EXHIBIT B

# HERALD HOTEL ASSOCIATES, L.P.

# LIST OF FIVE (5) LARGEST SECURED CREDITORS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                                   :
In re:                                           :      Chapter 11
                                                           :
Herald Hotel Associates, L.P.            :      Case No.: 20-12266 (    )
                                                           :
                          Debtor.              x
------------------------------------------------------------

## LIST OF CREDITORS HOLDING 5 LARGEST SECURED CLAIMS

*Following is a list of the debtor's creditors holding the 5 largest secured claims. The list is prepared in accordance with Rule 1007-2(a)(5) of the Local Rules of this court for the filing in this Chapter 11 case.*

| *NAME OF CREDITORS AND COMPLETE MAILING ADDRESS (INCLUDING ZIP CODE)* | *NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS (INCLUDING ZIP CODE) OF EMPLOYEE, AGENT, OR DEPARTMENT (IF DIFFERENT FROM MAILING ADDRESS) OF CREDITOR FAMILIAR WITH CLAIM* | *AMOUNT OF CLAIM* | *DESCRIPTION AND EST. VALUE OF COLLATERAL SECURING CLAIM* |
|---|---|---|---|
| JPMorgan Chase Bank, N.A.<br>270 Park Avenue, 39th Floor<br>New York, NY 10017<br>Attn: Charles J. Janoff<br>Vice President | | $14,200,000.00 | Ground Lease |
| EverBank Commercial Finance<br>P.O. Box 911608<br>Denver, CO 80291 | | $7,999.21 | Equipment Lease |

## DECLARATION UNDER PENALTY OF PERJURY

       I, Brad Thurman, the vice president of the debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding the five (5) largest secured claims and that it is true and correct to the best of my information and belief.

Dated:  New York, New York
           September 22, 2020

                                                           /s/ Brad Thurman
                                                        Brad Thurman, Vice President