# EXHIBIT C

# HERALD HOTEL ASSOCIATES, L.P.

# BALANCE SHEET
*(Internally Generated)*

# HERALD HOTEL ASSOCIATES, L.P.
## Balance Sheet

*December 31, 2019*

| | | |
|---|---:|---:|
| **ASSETS** | | |
| *Current Assets* | | |
| Cash | $ | 7,543,112 |
| Accounts receivable | | 521,277 |
| Rents receivable | | 64,421 |
| Other receivables | | 22,168 |
| Prepaid expenses | | 2,349,530 |
| Mortgage escrows | | 160,189 |
| Current portion loan receivable | | 1,478 |
| Restricted cash | | 952 |
| | | 10,663,127 |
| *Property and Equipment* | | |
| Leasehold and improvements | | 46,107,403 |
| Furniture and equipment | | 1,186,297 |
| Deposits on property and equipment | | 563,210 |
| | | 47,856,910 |
| Less: Accumulated depreciation and amortization | | 17,666,785 |
| | | 30,190,125 |
| *Other Assets* | | |
| Cash held in trust | | 24,009 |
| Landmark preservation escrow | | 200,000 |
| Loan receivable | | 998,513 |
| Deferred rental commissions and mortgage costs - net of accumulated amortization of $207,373 | | 12,871 |
| | | 1,235,393 |
| | $ | 42,088,645 |
| **LIABILITIES AND PARTNERS' CAPITAL** | | |
| *Current Liabilities* | | |
| Current portion mortgage payable - bank | $ | 14,784,988 |
| Accounts payable and accrued expenses | | 3,674,462 |
| Advance deposits | | 386,964 |
| Due to affiliates | | 226,540 |
| Management fees payable - affiliate | | 26,522 |
| | | 19,099,476 |
| *Other Liabilities* | | |
| Tenants' security deposits | | 24,000 |
| ***Total Liabilities*** | | 19,123,476 |
| ***Partners' Capital*** | | 22,965,169 |
| | $ | 42,088,645 |