# EXHIBIT D

# HERALD HOTEL ASSOCIATES, L.P. LEASED PREMISES

| Leased Premises | Monthly Rent |
|---|---|
| 49 West 32nd Street, 2nd Fl., New York, NY 10001 | $337,000 [1] |

---

[1] The Debtor takes the position the lease is not a true lease.