# EXHIBIT E

# HERALD HOTEL ASSOCIATES, L.P.

| Location of Debtor's Substantial Assets |
|---|
| 49 West 32nd Street, 2nd Fl., New York, NY 10001 |

| Location of Debtor's Books and Records |
|---|
| 49 West 32nd Street, 2nd Fl., New York, NY 10001 |