# EXHIBIT F

# HERALD HOTEL ASSOCIATES, L.P.

## SIGNIFICANT LITIGATION COMMENCED AGAINST THE DEBTOR PRIOR TO THE PETITION DATE

| Title of Action | Court | Nature of Action | Status |
|---|---|---|---|
| Ivan Arcos v. 52 West 33 Associates LLC, et al. | United States District court, Southern District of New York | FLSA/Wages | Pending |