# EXHIBIT G

# HERALD HOTEL ASSOCIATES, L.P.

# DEBTOR'S EXISTING SENIOR MANAGEMENT

| Name/Position | Summary of Responsibilities and Experience |
|---|---|
| Brad Thurman/ Vice President | Day to day management of the company, management of cash flows, budgeting, etc. |
| Joseph Delgado/CFO | All financial aspects of the Hotel's operations. |