# EXHIBIT I

# HERALD HOTEL ASSOCIATES, L.P.

## ESTIMATED AMOUNT OF WEEKLY PAYROLL TO OFFICERS, DIRECTORS, AND SHAREHOLDERS FOR THE 30-DAY PERIOD FOLLOWING THE PETITION DATE

| Week Ending | Estimated Gross Payroll |
|---|---|
| 09/25/2020 | $0.00 |
| 10/2/2020 | $0.00 |
| 10/9/2020 | $0.00 |
|  |  |