# EXHIBIT J

# HERALD HOTEL ASSOCIATES, L.P.

**DEBTOR'S ESTIMATED CASH DISBURSEMENTS AND RECEIPTS FOR THE 30-DAY PERIOD FOLLOWING THE PETITION DATE**

| | |
|---|---|
| Cash Receipts | $70,000.00 |
| Cash Disbursements | $1,178,000.00 |
| Net Cash Gain (Loss) | ($1,108,000.00) |