**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Herald Hotel Associates, L.P.*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Alex Spizz, Esq.
Rocco Cavaliere, Esq.
smarkowitz@tarterkrinsky.com
aspizz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                   :
                                                         :   Chapter 11
                                                         :
Herald Hotel Associates, L.P.                            :
                                                         :   Case No.: 20-12266 (SCC)
                        Debtor.                          :
------------------------------------------------------------ x

## DECLARATION OF SERVICE

Pursuant to the provisions 28 U.S.C. §1746, Jonilda Seitllari, declares under the penalty of perjury, the following to be true and correct:

1. I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Kings, State of New York.

2. On September 24, 2020, I caused to be served true and correct copies of the *(i) Debtor's Motion to Use JPMorgan Chase Bank, N.A.'s Cash Collateral*, and *(ii)* **Notice of Commencement of Chapter 11 Case and Agenda for First Day Hearing** via (a) priority express mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the last known mailing address of the parties listed on the annexed **Service List A**; and (b) Federal Express in a wrapper properly addressed with said delivery made prior to the latest time designated by Federal Express for overnight delivery, to the last known mailing address of the parties listed on the annexed **Service List B**.

Dated: Brooklyn, New York
        September 28, 2020

                                                   */s/ Jonilda Seitllari*
                                                   Jonilda Seitllari

{Client/003674/11/02193593.DOCX;1 }

## SERVICE LIST A

EVERBANK COMMERCIAL FINANCE
P.O. BOX 911608
DENVER, CO 80291-1608

CONSOLIDATED EDISON CO OF NY
P.O. BOX 1702
NEW YORK, NY 10116-1702

DIRECT ENERGY
P.O. BOX 32179
NEW YORK, NY 10087-2179

CONSTELLATION ENERGY SERVICE
P.O. BOX 4640
CAROL STREAM, IL 60197-4640

MUZAK LLC
P.O. BOX 71070
CHARLOTTE, NC 28272

PATEC COMMUNICATIONS INC.
P.O. BOX 9001013
LOUISVILLE, KY 40290

## SERVICE LIST B

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

JPMORGAN CHASE BANK, N.A.
4 NEW YORK PLAZA
NEW YORK, NY 10004
ATTN: WENDY S. WALKER

PATRICIA F. BRENNAN, ESQ.
T. CHARLIE LIU, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
21ST FLOOR
NEW YORK, NY 10178-0060

JULIA FROST-DAVIES, ESQ.
CHRISTOPHER CARTER, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
ONE FEDERAL STREET
32ND FLOOR
BOSTON, MA 02110-1726

AAA-MAIL STOP 2
1000 AAA DRIVE
LAKE MARY, FL 32746-5063

ADMORE HARDWARE & LOCK CO INC.
11 EAST 33RD STREET
NEW YORK, NY 10016

C&S MARBLE & GRANITE IMPORTERS
118 GAZA BLVD
FARMINGDALE, NY 11735

COLUMBIA
48 W. 37TH STREET
NEW YORK, NY 10018

M. JAMES SPITZER
HOLLAND & KNIGHT LLP
31 WEST 52ND STREET
NEW YORK, NEW YORK 10019

DESIGN COMMUNICATIONS, INC.
6880 PERRY CREEK ROAD
RALEIGH, NC 27624

FIRE CODE SERVICES
121 NEWARK AVE
JERSEY CITY, NJ 07302

HILTON
4649 PAYSPHERE CIRCLE
CHICAGO, IL 60674

LODGING SOLUTIONS, LLC
265 BROADHOLLOW ROAD
MELVILLE, NY 11747

PRONTO GAS HEATING SUPPLY CO.
181 CHRRYSTIE STREET
NEW YORK, NY 10002

SEASONED MANAGEMENT, LLC
90 WEST STREET
NEW YORK, NY 10006

TRIBOROUGH SCAFFOLDING & HOISTING
35-06 FARRINGTON STREET
FLUSHING, NY 11354

TRISTATE SAFETY
18-23 41ST STREET
ASTORIA, NY 11105

SEASONS AFFILIATES LLC
224 WEST 49TH STREET
ROOM 411
NEW YORK, NY 10019

A&L CESSPOOL SERVICE CORP.
38-40 REVIEW STREET
LONG ISLAND CITY, NY 11101