Bank Code: O  CHASE OPERATING ACCOUNT-NEW

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 116329 | 6/26/2020 | 38 GOLD | 38 Gold Inc | 3,509.28 | Auto |
| 116330 | 6/26/2020 | ACTIONC | ACTION CARTING ENVIRONMENTAL | 555.27 | Auto |
| 116331 | 6/26/2020 | ALLEPRO | Allegiance Protection Group | 4,925.59 | Auto |
| 116332 | 6/26/2020 | BESTSU | Tri-State Best Supply | 805.63 | Auto |
| 116333 | 6/26/2020 | CED0011 | ConEdison | 43.09 | Auto |
| 116334 | 6/26/2020 | CED0011 | ConEdison | 4,276.43 | Auto |
| 116335 | 6/26/2020 | CED2015 | Consolidated Edison Co of NY | 1,794.97 | Auto |
| 116336 | 6/26/2020 | COLUMNI | COLUMBIA OMNICORP | 3,822.25 | Auto |
| 116337 | 6/26/2020 | DIRECT | Direct Energy Business | 3,053.77 | Auto |
| 116338 | 6/26/2020 | EUGENE | Eugene Sturtz | 1,106.25 | Auto |
| 116339 | 6/26/2020 | EVERBAN | EverBank Commercial Finance | 3,555.20 | Auto |
| 116340 | 6/26/2020 | FED1147 | FEDERAL EXPRESS | 9.12 | Auto |
| 116341 | 6/26/2020 | MANBEER | MANHATTAN BEER DISTRIBUTORS | 71.00 | Auto |
| 116342 | 6/26/2020 | MUZAK | MUZAK LLC | 137.58 | Auto |
| 116343 | 6/26/2020 | NEHMER | Nehmer Architects New York, PC | 15,000.00 | Auto |
| 116344 | 6/26/2020 | NEXTSD | Next Step Design | 6,555.00 | Auto |
| 116345 | 6/26/2020 | NYCDBUI | N.Y.C. DEPT. OF BUILDINGS | 1,000.00 | Auto |
| 116346 | 6/26/2020 | PB | Purchase Power | 226.22 | Auto |
| 116347 | 6/26/2020 | TGI | TGI Office Automation | 212.83 | Auto |
| 116348 | 6/26/2020 | TRAVELC | TRAVEL CLICK, INC | 6,755.69 | Auto |
| 116349 | 7/3/2020 | 800REP | 800 REPAIR CORP | 1,821.60 | Auto |
| 116350 | 7/3/2020 | ALLEPRO | Allegiance Protection Group | 4,925.59 | Auto |
| 116351 | 7/3/2020 | CED0011 | ConEdison | 13,219.93 | Auto |
| 116352 | 7/3/2020 | CED2015 | Consolidated Edison Co of NY | 1,109.54 | Auto |
| 116353 | 7/3/2020 | COLUMNI | COLUMBIA OMNICORP | 2,526.06 | Auto |
| 116354 | 7/3/2020 | EUGENE | Eugene Sturtz | 825.00 | Auto |
| 116355 | 7/3/2020 | EVERBAN | EverBank Commercial Finance | 3,555.20 | Auto |
| 116356 | 7/3/2020 | GRAINGE | GRAINGER INDUSTRIAL SUPPLY CO. | 1,174.12 | Auto |
| 116357 | 7/3/2020 | HARVARD | Harvard Stars Inc | 1,351.50 | Auto |
| 116358 | 7/3/2020 | HILTON2 | Hilton | 1,208.70 | Auto |
| 116359 | 7/3/2020 | INTEGRY | Constellation Energy Service | 11,718.74 | Auto |
| 116360 | 7/3/2020 | JOE | JOSEPH DELGADO | 1,001.65 | Auto |
| 116361 | 7/3/2020 | KOROS | Koroseal Interior Products Gro | 1,511.38 | Auto |
| 116362 | 7/3/2020 | NYCLIQ | NYC Department of Finance | 697.66 | Auto |
| 116363 | 7/3/2020 | PAETEC | PAETEC COMMUNICATIONS INC. | 3,121.06 | Auto |
| 116364 | 7/3/2020 | SORBIS | SORBIS CORPORATION | 32.66 | Auto |
| 116365 | 7/3/2020 | SORBIS | SORBIS CORPORATION | 65.33 | Auto |
| 116366 | 7/3/2020 | SORBIS | SORBIS CORPORATION | 3,875.00 | Auto |
| 116367 | 7/3/2020 | SORBIS | SORBIS CORPORATION | 5,520.00 | Auto |
| 116368 | 7/3/2020 | SORBIS | SORBIS CORPORATION | 3,880.00 | Auto |
| 116369 | 7/3/2020 | STA1291 | STAPLES CREDIT PLAN | 357.64 | Auto |
| 116370 | 7/3/2020 | TWC | Time Warner Cable Inc. | 9,281.68 | Auto |
| 116371 | 7/3/2020 | VER7838 | VERIZON | 39.76 | Auto |
| 116372 | 7/3/2020 | VERLONG | VERIZON | 330.16 | Auto |
| 116373 | 7/3/2020 | ZONES | Zones Inc. | 678.02 | Auto |
| 116374 | 7/10/2020 | ALLEPRO | Allegiance Protection Group | 5,354.36 | Auto |
| 116375 | 7/10/2020 | CLARITY | Clarity Water Technologies LLC | 1,442.59 | Auto |
| 116376 | 7/10/2020 | COLUMNI | COLUMBIA OMNICORP | 1,425.79 | Auto |
| 116377 | 7/10/2020 | EUGENE | Eugene Sturtz | 575.00 | Auto |
| 116378 | 7/10/2020 | FED1147 | FEDERAL EXPRESS | 34.34 | Auto |
| 116379 | 7/10/2020 | MERKAP | MERIT-KAPLAN | 128.47 | Auto |
| 116380 | 7/10/2020 | PAETEC | PAETEC COMMUNICATIONS INC. | 6,616.64 | Auto |
| 116381 | 7/10/2020 | PREFG | Preferred Hotel Group | 3,750.00 | Auto |
| 116382 | 7/10/2020 | SEASON | Seasoned Management, LLC | 20,000.00 | Auto |

Bank Code: O  CHASE OPERATING ACCOUNT-NEW

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 116383 | 7/10/2020 | SIMONS | SIMON'S INDUSTRIAL SUPPLY INC. | 855.16 | Auto |
| 116384 | 7/10/2020 | TWC | Time Warner Cable Inc. | 1,671.62 | Auto |
| 116385 | 7/10/2020 | VER1104 | VERIZON | 54.02 | Auto |
| 116386 | 7/17/2020 | 38 GOLD | 38 Gold Inc | 406.39 | Auto |
| 116387 | 7/17/2020 | 800REP | 800 REPAIR CORP | 1,821.60 | Auto |
| 116388 | 7/17/2020 | ACTIONC | ACTION CARTING ENVIRONMENTAL | 1,110.54 | Auto |
| 116389 | 7/17/2020 | ALLEPRO | Allegiance Protection Group | 4,925.59 | Auto |
| 116390 | 7/17/2020 | AMADEUS | Amadeus Hospitality Americas | 4,737.97 | Auto |
| 116391 | 7/17/2020 | AT&TCEL | AT&T MOBILITY | 2,135.92 | Auto |
| 116392 | 7/17/2020 | BESTSU | Tri-State Best Supply | 2,142.53 | Auto |
| 116393 | 7/17/2020 | CED0011 | ConEdison | 9.90 | Auto |
| 116394 | 7/17/2020 | COLUMNI | COLUMBIA OMNICORP | 120.71 | Auto |
| 116395 | 7/17/2020 | ERWYN | Erwyn Products Company Inc | 3,486.96 | Auto |
| 116396 | 7/17/2020 | EUGENE | Eugene Sturtz | 425.00 | Auto |
| 116397 | 7/17/2020 | FED1147 | FEDERAL EXPRESS | 29.30 | Auto |
| 116398 | 7/17/2020 | HDFM | HD FACILITIES MAINTENANCE | 217.73 | Auto |
| 116399 | 7/17/2020 | HILTON2 | Hilton | 6,617.87 | Auto |
| 116400 | 7/17/2020 | HOT6700 | Hotel Assoc. of N.Y. City, Inc | 2,203.75 | Auto |
| 116401 | 7/17/2020 | HQ | HQ Plus | 90.00 | Auto |
| 116402 | 7/17/2020 | JOE | JOSEPH DELGADO | 668.29 | Auto |
| 116403 | 7/17/2020 | MANBEER | MANHATTAN BEER DISTRIBUTORS | 71.00 | Auto |
| 116404 | 7/17/2020 | OTIS | OTIS ELEVATOR COMPANY | 8,495.89 | Auto |
| 116405 | 7/17/2020 | STA1291 | STAPLES CREDIT PLAN | 592.80 | Auto |
| 116406 | 7/17/2020 | TGI | TGI Office Automation | 107.98 | Auto |
| 116407 | 7/17/2020 | THURCON | THURCON PROPERTIES | 3,519.19 | Auto |
| 116408 | 7/17/2020 | TWSMITH | T. W. SMITH CORP | 33.21 | Auto |
| 116409 | 7/17/2020 | VER3811 | VERIZON | 108.31 | Auto |
| 116410 | 7/22/2020 | | ***Void Check*** | | |
| 116411 | 7/22/2020 | | ***Void Check*** | | |
| 116412 | 7/22/2020 | | ***Void Check*** | | |
| 116413 | 7/22/2020 | | ***Void Check*** | | |
| 116414 | 7/22/2020 | | ***Void Check*** | | |
| 116415 | 7/22/2020 | | ***Void Check*** | | |
| 116416 | 7/22/2020 | | ***Void Check*** | | |
| 116417 | 7/22/2020 | | ***Void Check*** | | |
| 116418 | 7/22/2020 | | ***Void Check*** | | |
| 116419 | 7/22/2020 | | ***Void Check*** | | |
| 116420 | 7/22/2020 | | ***Void Check*** | | |
| 116421 | 7/22/2020 | | ***Void Check*** | | |
| 116422 | 7/22/2020 | | ***Void Check*** | | |
| 116423 | 7/22/2020 | | ***Void Check*** | | |
| 116424 | 7/22/2020 | | ***Void Check*** | | |
| 116425 | 7/22/2020 | | ***Void Check*** | | |
| 116426 | 7/22/2020 | | ***Void Check*** | | |
| 116427 | 7/22/2020 | | ***Void Check*** | | |
| 116428 | 7/22/2020 | | ***Void Check*** | | |
| 116429 | 7/22/2020 | | ***Void Check*** | | |
| 116430 | 7/22/2020 | | ***Void Check*** | | |
| 116431 | 7/22/2020 | | ***Void Check*** | | |
| 116432 | 7/22/2020 | ALLEPRO | Allegiance Protection Group | 4,925.59 | Auto |
| 116433 | 7/22/2020 | AME4000 | American Hotel Register Co | 187.96 | Auto |
| 116434 | 7/22/2020 | BURKE | BURKE SUPPLY SYSTEMS | 382.98 | Auto |
| 116435 | 7/22/2020 | CED0011 | ConEdison | 3,228.37 | Auto |
| 116436 | 7/22/2020 | CED0011 | ConEdison | 20,889.46 | Auto |

Bank Code: O  CHASE OPERATING ACCOUNT-NEW

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---:|---|
| 116437 | 7/22/2020 | CED2015 | Consolidated Edison Co of NY | 1,910.77 | Auto |
| 116438 | 7/22/2020 | CHIEFGR | Chief Graphix | 3,043.04 | Auto |
| 116439 | 7/22/2020 | COLUMNI | COLUMBIA OMNICORP | 2,888.28 | Auto |
| 116440 | 7/22/2020 | COMPKIT | COMPLETE KITS | 328.70 | Auto |
| 116441 | 7/22/2020 | EUGENE | Eugene Sturtz | 400.00 | Auto |
| 116442 | 7/22/2020 | EVERBAN | EverBank Commercial Finance | 3,875.20 | Auto |
| 116443 | 7/22/2020 | FED1147 | FEDERAL EXPRESS | 18.42 | Auto |
| 116444 | 7/22/2020 | INTEGRY | Constellation Energy Service | 14,077.22 | Auto |
| 116445 | 7/22/2020 | MELTZER | MELTZER LIPPE & GOLDSTEIN, LLP | 2,119.90 | Auto |
| 116446 | 7/22/2020 | MELTZER | MELTZER LIPPE & GOLDSTEIN, LLP | 3,714.50 | Auto |
| 116447 | 7/22/2020 | MELTZER | MELTZER LIPPE & GOLDSTEIN, LLP | 163.62 | Auto |
| 116448 | 7/22/2020 | MELTZER | MELTZER LIPPE & GOLDSTEIN, LLP | 663.00 | Auto |
| 116449 | 7/22/2020 | MELTZER | MELTZER LIPPE & GOLDSTEIN, LLP | 233.75 | Auto |
| 116450 | 7/22/2020 | MELTZER | MELTZER LIPPE & GOLDSTEIN, LLP | 1,640.50 | Auto |
| 116451 | 7/22/2020 | MELTZER | MELTZER LIPPE & GOLDSTEIN, LLP | 1,647.30 | Auto |
| 116452 | 7/22/2020 | REICH | REICH ENDE MALTER LLP | 35,286.00 | Auto |
| 116453 | 7/22/2020 | TGI | TGI Office Automation | 14.96 | Auto |
| 116454 | 7/31/2020 | 800REP | 800 REPAIR CORP | 1,821.60 | Auto |
| 116455 | 7/31/2020 | ACTIONC | ACTION CARTING ENVIRONMENTAL | 555.27 | Auto |
| 116456 | 7/31/2020 | ALLEPRO | Allegiance Protection Group | 5,153.71 | Auto |
| 116457 | 7/31/2020 | BESTSU | Tri-State Best Supply | 1,845.37 | Auto |
| 116458 | 7/31/2020 | BURKE | BURKE SUPPLY SYSTEMS | 382.98 | Auto |
| 116459 | 7/31/2020 | CANY | CONSULTING ASSOC. of NY DPC | 38,480.63 | Auto |
| 116460 | 7/31/2020 | COLUMNI | COLUMBIA OMNICORP | 963.32 | Auto |
| 116461 | 7/31/2020 | CROKER | Croker Fire Drill Corporation | 240.00 | Auto |
| 116462 | 7/31/2020 | DEGREE | Degree of Freedom | 1,200.00 | Auto |
| 116463 | 7/31/2020 | DEGREE | Degree of Freedom | 3,480.00 | Auto |
| 116464 | 7/31/2020 | DEGREE | Degree of Freedom | 3,620.00 | Auto |
| 116465 | 7/31/2020 | DEGREE | Degree of Freedom | 2,780.00 | Auto |
| 116466 | 7/31/2020 | DIRECT | Direct Energy Business | 2,297.75 | Auto |
| 116467 | 7/31/2020 | EUGENE | Eugene Sturtz | 325.00 | Auto |
| 116468 | 7/31/2020 | HDFM | HD FACILITIES MAINTENANCE | 563.45 | Auto |
| 116469 | 7/31/2020 | HILTON2 | Hilton | 3,024.92 | Auto |
| 116470 | 7/31/2020 | NYCDF | NYC Department of Finance | 40.00 | Auto |
| 116471 | 7/31/2020 | OTIS | OTIS ELEVATOR COMPANY | 8,495.90 | Auto |
| 116472 | 7/31/2020 | PAETEC | PAETEC COMMUNICATIONS INC. | 3,101.74 | Auto |
| 116473 | 7/31/2020 | VER7838 | VERIZON | 41.75 | Auto |
| 116474 | 7/31/2020 | ZONES | Zones Inc. | 678.02 | Auto |
| 116475 | 8/7/2020 | ALLEPRO | Allegiance Protection Group | 5,071.86 | Auto |
| 116476 | 8/7/2020 | AME4000 | American Hotel Register Co | 547.21 | Auto |
| 116477 | 8/7/2020 | AUDIO | Audio Video Invasion | 17,420.00 | Auto |
| 116478 | 8/7/2020 | BURKE | BURKE SUPPLY SYSTEMS | 116.43 | Auto |
| 116479 | 8/7/2020 | COLUMNI | COLUMBIA OMNICORP | 497.75 | Auto |
| 116480 | 8/7/2020 | EVERBAN | EverBank Commercial Finance | 3,875.20 | Auto |
| 116481 | 8/7/2020 | FED1147 | FEDERAL EXPRESS | 9.23 | Auto |
| 116482 | 8/7/2020 | HDFM | HD FACILITIES MAINTENANCE | 488.80 | Auto |
| 116483 | 8/7/2020 | HILTON2 | Hilton | 2,084.00 | Auto |
| 116484 | 8/7/2020 | OTIS | OTIS ELEVATOR COMPANY | 8,723.82 | Auto |
| 116485 | 8/7/2020 | OTIS | OTIS ELEVATOR COMPANY | 1,719.48 | Auto |
| 116486 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 13,924.25 | Auto |
| 116487 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 6,361.25 | Auto |
| 116488 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 572.01 | Auto |
| 116489 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 665.95 | Auto |
| 116490 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 1,807.24 | Auto |

Bank Code: O  CHASE OPERATING ACCOUNT-NEW

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---:|---|
| 116491 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 3,174.75 | Auto |
| 116492 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 10,053.00 | Auto |
| 116493 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 8,536.50 | Auto |
| 116494 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 8,874.00 | Auto |
| 116495 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 7,368.75 | Auto |
| 116496 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 2,560.50 | Auto |
| 116497 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 6,543.00 | Auto |
| 116498 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 6,840.00 | Auto |
| 116499 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 6,232.50 | Auto |
| 116500 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 7,290.00 | Auto |
| 116501 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 9,747.00 | Auto |
| 116502 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 9,481.50 | Auto |
| 116503 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 10,060.00 | Auto |
| 116504 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 10,055.25 | Auto |
| 116505 | 8/7/2020 | STEVKRA | STEVEN KRATCHMAN, ARCHITECT PC | 1,872.00 | Auto |
| 116506 | 8/7/2020 | THURCON | THURCON PROPERTIES | 3,519.19 | Auto |
| 116507 | 8/7/2020 | THURCON | THURCON PROPERTIES | 3,519.19 | Auto |
| 116508 | 8/7/2020 | TWC | Time Warner Cable Inc. | 9,281.68 | Auto |
| 116509 | 8/7/2020 | TWC | Time Warner Cable Inc. | 1,575.00 | Auto |
| 116510 | 8/14/2020 | 800REP | 800 REPAIR CORP | 1,821.60 | Auto |
| 116511 | 8/14/2020 | A&L CES | A&L CESSPOOL SERVICE CORP | 952.66 | Auto |
| 116512 | 8/14/2020 | ACTIONC | ACTION CARTING ENVIRONMENTAL | 814.39 | Auto |
| 116513 | 8/14/2020 | ALLEPRO | Allegiance Protection Group | 4,842.16 | Auto |
| 116514 | 8/14/2020 | AMERPIP | AMERICAN PIPE & TANK LINING CO | 1,823.66 | Auto |
| 116515 | 8/14/2020 | AT&TCEL | AT&T MOBILITY | 4,047.98 | Auto |
| 116516 | 8/14/2020 | CED0011 | ConEdison | 9.89 | Auto |
| 116517 | 8/14/2020 | CED2015 | Consolidated Edison Co of NY | 1,016.67 | Auto |
| 116518 | 8/14/2020 | CLARITY | Clarity Water Technologies LLC | 1,442.59 | Auto |
| 116519 | 8/14/2020 | COLUMNI | COLUMBIA OMNICORP | 307.57 | Auto |
| 116520 | 8/14/2020 | CROKER | Croker Fire Drill Corporation | 240.00 | Auto |
| 116521 | 8/14/2020 | DCI | DESIGN COMMUNICATIONS, INC. | 5,817.94 | Auto |
| 116522 | 8/14/2020 | EUGENE | Eugene Sturtz | 1,275.00 | Auto |
| 116523 | 8/14/2020 | EVERBAN | EverBank Commercial Finance | 3,804.01 | Auto |
| 116524 | 8/14/2020 | FED1147 | FEDERAL EXPRESS | 23.46 | Auto |
| 116525 | 8/14/2020 | HDFM | HD FACILITIES MAINTENANCE | 522.38 | Auto |
| 116526 | 8/14/2020 | HOT6700 | Hotel Assoc. of N.Y. City, Inc | 2,203.75 | Auto |
| 116527 | 8/14/2020 | NYCDF | NYC Department of Finance | 13.78 | Auto |
| 116528 | 8/14/2020 | NYCDF | NYC Department of Finance | 8,539.83 | Auto |
| 116529 | 8/14/2020 | NYCFIN | NYC DEPT. OF FINANCE | 13.00 | Auto |
| 116529 | 8/14/2020 | NYCFIN | NYC DEPT. OF FINANCE | 13.00- | Reversal |
| 116530 | 8/14/2020 | NYCLIQ | NYC Department of Finance | 544.78 | Auto |
| 116531 | 8/14/2020 | OTIS | OTIS ELEVATOR COMPANY | 8,723.82 | Auto |
| 116532 | 8/14/2020 | PAETEC | PAETEC COMMUNICATIONS INC. | 6,682.91 | Auto |
| 116533 | 8/14/2020 | SORBIS | SORBIS CORPORATION | 6,040.36 | Auto |
| 116534 | 8/14/2020 | STA1291 | STAPLES CREDIT PLAN | 465.46 | Auto |
| 116535 | 8/14/2020 | THURCON | THURCON PROPERTIES | 3,372.35 | Auto |
| 116536 | 8/14/2020 | UTICA | Utica National Insurance Group | 955.35 | Auto |
| 116537 | 8/14/2020 | VER1104 | VERIZON | 54.02 | Auto |
| 116538 | 8/14/2020 | VER3811 | VERIZON | 108.08 | Auto |
| 116539 | 8/14/2020 | VERLONG | VERIZON | 950.99 | Auto |
| 116541 | 8/21/2020 | A&L CES | A&L CESSPOOL SERVICE CORP | 871.00 | Auto |
| 116542 | 8/21/2020 | ALLEPRO | Allegiance Protection Group | 4,932.46 | Auto |
| 116543 | 8/21/2020 | COLUMNI | COLUMBIA OMNICORP | 3,004.95 | Auto |
| 116544 | 8/21/2020 | CROKER | Croker Fire Drill Corporation | 240.00 | Auto |

Bank Code: O  CHASE OPERATING ACCOUNT-NEW

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---:|---|
| 116545 | 8/21/2020 | DCI | DESIGN COMMUNICATIONS, INC. | 2,400.00 | Auto |
| 116546 | 8/21/2020 | EUGENE | Eugene Sturtz | 712.50 | Auto |
| 116547 | 8/21/2020 | FED1147 | FEDERAL EXPRESS | 9.23 | Auto |
| 116548 | 8/21/2020 | HILTON2 | Hilton | 287.04 | Auto |
| 116549 | 8/21/2020 | MANAGED | Managed Systems | 28,176.80 | Auto |
| 116550 | 8/21/2020 | OTIS | OTIS ELEVATOR COMPANY | 8,723.82 | Auto |
| 116551 | 8/21/2020 | PENTA | PENTA RESTORATION | 236,203.48 | Auto |
| 116552 | 8/21/2020 | SORBIS | SORBIS CORPORATION | 76.21 | Auto |
| 116553 | 8/21/2020 | SORBIS | SORBIS CORPORATION | 3,880.00 | Auto |
| 116554 | 8/21/2020 | SORBIS | SORBIS CORPORATION | 5,520.00 | Auto |
| 116555 | 8/21/2020 | TWSMITH | T. W. SMITH CORP | 33.21 | Auto |
| 116556 | 8/21/2020 | ULINE | Uline, Inc. | 724.46 | Auto |
| 116557 | 8/28/2020 | 800REP | 800 REPAIR CORP | 1,821.60 | Auto |
| 116558 | 8/28/2020 | A&C5840 | A&C Pest Management Corp. | 2,606.44 | Auto |
| 116559 | 8/28/2020 | A&L CES | A&L CESSPOOL SERVICE CORP | 517.15 | Auto |
| 116560 | 8/28/2020 | ACTIONC | ACTION CARTING ENVIRONMENTAL | 721.85 | Auto |
| 116561 | 8/28/2020 | ALLEPRO | Allegiance Protection Group | 4,842.16 | Auto |
| 116562 | 8/28/2020 | CED0011 | ConEdison | 3,143.68 | Auto |
| 116563 | 8/28/2020 | CED0011 | ConEdison | 19,254.04 | Auto |
| 116564 | 8/28/2020 | CED2015 | Consolidated Edison Co of NY | 1,822.83 | Auto |
| 116565 | 8/28/2020 | CLSI | CARDON LINEN SERVICES, INC. | 6,020.70 | Auto |
| 116566 | 8/28/2020 | DCI | DESIGN COMMUNICATIONS, INC. | 2,830.00 | Auto |
| 116567 | 8/28/2020 | DIRECT | Direct Energy Business | 2,124.78 | Auto |
| 116568 | 8/28/2020 | ERWYN | Erwyn Products Company Inc | 1,257.02 | Auto |
| 116569 | 8/28/2020 | EUGENE | Eugene Sturtz | 675.00 | Auto |
| 116570 | 8/28/2020 | EVERBAN | EverBank Commercial Finance | 3,804.01 | Auto |
| 116571 | 8/28/2020 | FED1147 | FEDERAL EXPRESS | 9.23 | Auto |
| 116572 | 8/28/2020 | HILTON2 | Hilton | 3,024.92 | Auto |
| 116573 | 8/28/2020 | INTEGRY | Constellation Energy Service | 16,067.20 | Auto |
| 116574 | 8/28/2020 | MCMASTE | MCMASTER-CARR | 1,749.57 | Auto |
| 116575 | 8/28/2020 | VERLONG | VERIZON | 662.05 | Auto |
| 116576 | 8/28/2020 | ZONES | Zones Inc. | 678.02 | Auto |
| 116577 | 8/28/2020 | SEASON | Seasoned Management, LLC | 20,000.00 | Auto |
| 116578 | 9/4/2020 | ALLEPRO | Allegiance Protection Group | 4,842.16 | Auto |
| 116579 | 9/4/2020 | AT&T140 | AT&T | 364.10 | Auto |
| 116580 | 9/4/2020 | CROKER | Croker Fire Drill Corporation | 240.00 | Auto |
| 116581 | 9/4/2020 | EUGENE | Eugene Sturtz | 1,050.00 | Auto |
| 116582 | 9/4/2020 | FED1147 | FEDERAL EXPRESS | 37.01 | Auto |
| 116583 | 9/4/2020 | MARCUSP | MARCUS AND POLLACK LLP | 350.00 | Auto |
| 116584 | 9/4/2020 | OTIS | OTIS ELEVATOR COMPANY | 8,723.82 | Auto |
| 116585 | 9/4/2020 | PAETEC | PAETEC COMMUNICATIONS INC. | 3,101.74 | Auto |
| 116586 | 9/4/2020 | SITECOM | SiteCompli, LLC. | 2,727.36 | Auto |
| 116587 | 9/4/2020 | SORBIS | SORBIS CORPORATION | 5,520.00 | Auto |
| 116588 | 9/4/2020 | SORBIS | SORBIS CORPORATION | 3,880.00 | Auto |
| 116589 | 9/4/2020 | SORBIS | SORBIS CORPORATION | 65.33 | Auto |
| 116590 | 9/4/2020 | STA1291 | STAPLES CREDIT PLAN | 454.64 | Auto |
| 116591 | 9/4/2020 | VER7838 | VERIZON | 40.91 | Auto |
| 116592 | 9/11/2020 | 800REP | 800 REPAIR CORP | 1,821.60 | Auto |
| 116593 | 9/11/2020 | ACTIONC | ACTION CARTING ENVIRONMENTAL | 740.36 | Auto |
| 116594 | 9/11/2020 | BENZOLA | George Benzola | 174.81 | Auto |
| 116595 | 9/11/2020 | CED0011 | ConEdison | 9.89 | Auto |
| 116596 | 9/11/2020 | CED2015 | Consolidated Edison Co of NY | 1,001.10 | Auto |
| 116597 | 9/11/2020 | ERWYN | Erwyn Products Company Inc | 873.36 | Auto |
| 116598 | 9/11/2020 | EUGENE | Eugene Sturtz | 1,150.00 | Auto |

Bank Code: O  CHASE OPERATING ACCOUNT-NEW

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---:|---|
| 116599 | 9/11/2020 | FED1147 | FEDERAL EXPRESS | 14.84 | Auto |
| 116600 | 9/11/2020 | FIREDEP | NYC FIRE DEPARTMENT | 630.00 | Auto |
| 116601 | 9/11/2020 | FOX | Fox Glass Of Brooklyn, INC. | 631.48 | Auto |
| 116602 | 9/11/2020 | GUESTSU | GUEST SUPPLY | 717.32 | Auto |
| 116603 | 9/11/2020 | HILTON2 | Hilton | 50.00 | Auto |
| 116604 | 9/11/2020 | HOMEDEP | THE HOME DEPOT | 7,277.29 | Auto |
| 116605 | 9/11/2020 | THURCON | THURCON PROPERTIES | 3,519.19 | Auto |
| 116606 | 9/11/2020 | TWSMITH | T. W. SMITH CORP | 33.21 | Auto |
| 116607 | 9/11/2020 | VER1104 | VERIZON | 53.34 | Auto |
| 116608 | 9/11/2020 | DCI | DESIGN COMMUNICATIONS, INC. | 5,000.00 | Auto |
| 116608 | 9/11/2020 | DCI | DESIGN COMMUNICATIONS, INC. | 5,000.00- | Reversal |
| 116609 | 9/18/2020 | ALLEPRO | Allegiance Protection Group | 10,389.78 | Auto |
| 116610 | 9/18/2020 | AT&TCEL | AT&T MOBILITY | 3,324.61 | Auto |
| 116611 | 9/18/2020 | CEN6603 | SP Plus, Corporation | 3,272.40 | Auto |
| 116612 | 9/18/2020 | CLARITY | Clarity Water Technologies LLC | 1,442.59 | Auto |
| 116613 | 9/18/2020 | EUGENE | Eugene Sturtz | 850.00 | Auto |
| 116614 | 9/18/2020 | GUESTSU | GUEST SUPPLY | 1,589.58 | Auto |
| 116615 | 9/18/2020 | HILTON2 | Hilton | 416.98 | Auto |
| 116616 | 9/18/2020 | NYCNJ | NYC DEPARTMENT OF FINANCE | 829.45 | Auto |
| 116617 | 9/18/2020 | TWC | Time Warner Cable Inc. | 1,575.00 | Auto |
| 116618 | 9/18/2020 | VER3811 | VERIZON | 107.08 | Auto |
| 807182 | 6/25/2020 | NYSSTAX | NEW YORK STATE SALES TAX | 357.52 | Manual |
| 807184 | 6/25/2020 | NYCDFIN | NYC Department of Finance | 27,937.56 | Manual |
| 807185 | 6/26/2020 | PAY1260 | 1260 PAYCO LTD. | 12,220.17 | Manual |
| 807186 | 6/26/2020 | PAY1260 | 1260 PAYCO LTD. | 19,049.60 | Manual |
| 807187 | 6/26/2020 | PAY1260 | 1260 PAYCO LTD. | 36.83 | Manual |
| 807188 | 6/26/2020 | PAY1260 | 1260 PAYCO LTD. | 55.36 | Manual |
| 807189 | 7/2/2020 | PAY1260 | 1260 PAYCO LTD. | 12,220.17 | Manual |
| 807190 | 7/2/2020 | PAY1260 | 1260 PAYCO LTD. | 19,052.20 | Manual |
| 807191 | 7/2/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807192 | 7/2/2020 | PAY1260 | 1260 PAYCO LTD. | 36.83 | Manual |
| 807193 | 7/2/2020 | PAY1260 | 1260 PAYCO LTD. | 55.36 | Manual |
| 807194 | 7/8/2020 | PAY1260 | 1260 PAYCO LTD. | 12,220.17 | Manual |
| 807195 | 7/8/2020 | PAY1260 | 1260 PAYCO LTD. | 17,714.78 | Manual |
| 807196 | 7/8/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807197 | 7/8/2020 | PAY1260 | 1260 PAYCO LTD. | 36.83 | Manual |
| 807198 | 7/8/2020 | PAY1260 | 1260 PAYCO LTD. | 51.68 | Manual |
| 807199 | 7/16/2020 | PAY1260 | 1260 PAYCO LTD. | 12,220.17 | Manual |
| 807200 | 7/16/2020 | PAY1260 | 1260 PAYCO LTD. | 18,604.62 | Manual |
| 807201 | 7/16/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807202 | 7/16/2020 | PAY1260 | 1260 PAYCO LTD. | 36.83 | Manual |
| 807203 | 7/16/2020 | PAY1260 | 1260 PAYCO LTD. | 54.00 | Manual |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79 | Manual |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79- | Reversal |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79 | Reversal |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79- | Reversal |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79 | Reversal |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79- | Reversal |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79 | Reversal |
| 807204 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79- | Reversal |
| 807205 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 31,606.35 | Manual |
| 807205 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 31,606.35- | Reversal |
| 807205 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 31,606.35 | Reversal |
| 807205 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 31,606.35- | Reversal |

Bank Code: O  CHASE OPERATING ACCOUNT-NEW

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---:|---|
| 807205 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 31,606.35 | Reversal |
| 807205 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 31,606.35- | Reversal |
| 807206 | 7/23/2020 | PAY1260 | 1260 PAYCO LTD. | 12,220.17 | Manual |
| 807207 | 7/23/2020 | PAY1260 | 1260 PAYCO LTD. | 18,604.62 | Manual |
| 807208 | 7/23/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807209 | 7/23/2020 | PAY1260 | 1260 PAYCO LTD. | 36.83 | Manual |
| 807210 | 7/23/2020 | PAY1260 | 1260 PAYCO LTD. | 54.00 | Manual |
| 807211 | 7/27/2020 | NYSSTAX | NEW YORK STATE SALES TAX | 522.50 | Manual |
| 807212 | 7/30/2020 | PAY1260 | 1260 PAYCO LTD. | 12,229.07 | Manual |
| 807212 | 7/30/2020 | PAY1260 | 1260 PAYCO LTD. | 12,229.07- | Reversal |
| 807212 | 7/30/2020 | PAY1260 | 1260 PAYCO LTD. | 12,229.07 | Reversal |
| 807213 | 7/30/2020 | PAY1260 | 1260 PAYCO LTD. | 17,034.36 | Manual |
| 807214 | 7/30/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807215 | 7/30/2020 | PAY1260 | 1260 PAYCO LTD. | 36.81 | Manual |
| 807216 | 7/30/2020 | PAY1260 | 1260 PAYCO LTD. | 49.69 | Manual |
| 807217 | 8/6/2020 | PAY1260 | 1260 PAYCO LTD. | 13,626.22 | Manual |
| 807218 | 8/6/2020 | PAY1260 | 1260 PAYCO LTD. | 17,029.38 | Manual |
| 807219 | 8/6/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807220 | 8/6/2020 | PAY1260 | 1260 PAYCO LTD. | 41.05 | Manual |
| 807221 | 8/6/2020 | PAY1260 | 1260 PAYCO LTD. | 49.69 | Manual |
| 807222 | 8/12/2020 | PAY1260 | 1260 PAYCO LTD. | 14,798.47 | Manual |
| 807223 | 8/12/2020 | PAY1260 | 1260 PAYCO LTD. | 17,029.38 | Manual |
| 807224 | 8/12/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807225 | 8/12/2020 | PAY1260 | 1260 PAYCO LTD. | 44.58 | Manual |
| 807226 | 8/12/2020 | PAY1260 | 1260 PAYCO LTD. | 49.69 | Manual |
| 807227 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 82,597.79 | Manual |
| 807228 | 7/15/2020 | 1260BRL | 1260 Broadway Restaurant LLC | 31,606.35 | Manual |
| 807229 | 8/20/2020 | PAY1260 | 1260 PAYCO LTD. | 17,087.99 | Manual |
| 807230 | 8/20/2020 | PAY1260 | 1260 PAYCO LTD. | 15,852.38 | Manual |
| 807231 | 8/20/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807232 | 8/20/2020 | PAY1260 | 1260 PAYCO LTD. | 51.48 | Manual |
| 807233 | 8/20/2020 | PAY1260 | 1260 PAYCO LTD. | 46.29 | Manual |
| 807234 | 8/26/2020 | NYSSTAX | NEW YORK STATE SALES TAX | 734.71 | Manual |
| 807235 | 8/27/2020 | PAY1260 | 1260 PAYCO LTD. | 17,087.99 | Manual |
| 807236 | 8/27/2020 | PAY1260 | 1260 PAYCO LTD. | 15,820.78 | Manual |
| 807237 | 8/27/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807238 | 8/27/2020 | PAY1260 | 1260 PAYCO LTD. | 51.48 | Manual |
| 807239 | 8/27/2020 | PAY1260 | 1260 PAYCO LTD. | 46.29 | Manual |
| 807240 | 9/3/2020 | PAY1260 | 1260 PAYCO LTD. | 17,087.99 | Manual |
| 807241 | 9/3/2020 | PAY1260 | 1260 PAYCO LTD. | 15,820.78 | Manual |
| 807242 | 9/3/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807243 | 9/3/2020 | PAY1260 | 1260 PAYCO LTD. | 51.48 | Manual |
| 807244 | 9/3/2020 | PAY1260 | 1260 PAYCO LTD. | 46.29 | Manual |
| 807245 | 9/10/2020 | PAY1260 | 1260 PAYCO LTD. | 17,087.99 | Manual |
| 807246 | 9/10/2020 | PAY1260 | 1260 PAYCO LTD. | 16,508.02 | Manual |
| 807247 | 9/10/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807248 | 9/10/2020 | PAY1260 | 1260 PAYCO LTD. | 51.48 | Manual |
| 807249 | 9/10/2020 | PAY1260 | 1260 PAYCO LTD. | 48.33 | Manual |
| 807250 | 9/17/2020 | PAY1260 | 1260 PAYCO LTD. | 17,087.99 | Manual |
| 807251 | 9/17/2020 | PAY1260 | 1260 PAYCO LTD. | 16,508.02 | Manual |
| 807252 | 9/17/2020 | THU6500 | Thurcon Properties, LTD | 784.91 | Manual |
| 807253 | 9/17/2020 | PAY1260 | 1260 PAYCO LTD. | 51.48 | Manual |
| 807254 | 9/17/2020 | PAY1260 | 1260 PAYCO LTD. | 48.33 | Manual |

Bank O Total: 1,685,383.79

| Bank Code: O CHASE OPERATING ACCOUNT-NEW | | | | | |
|---|---|---|---|---|---|
| **Check Number** | **Check Date** | **Vendor Number** | **Name** | **Check Amount** | **Check Type** |
| | | | Report Total: | 1,685,383.79 | |