MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
*Attorneys for Thurman Restaurant Holdings LLC*
190 Willis Avenue
Mineola, New York 11501
Scott A. Steinberg, Esq.
(516)747-0300
ssteinberg@meltzerlippe.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
In re:

       **HERAL HOTEL ASSOCIATES, L.P.,**

                     **Debtor**                  Chapter 11

                                                Case No. 20-12266-scc

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

      **PLEASE TAKE NOTICE** that, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP hereby appears as attorneys for Thurman Restaurant Holdings LLC, creditor and party in interest in the above-captioned case. It is requested that copies of any and all notices, pleadings, and orders be sent to:

MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
*Attorneys for Thurman Restaurant Holdings, LLC*
190 Wills Avenue
Mineola, New York 11501
(516) 747-0300
Scott A. Steinberg, Esq.
ssteinberg@meltzerlippe.com

      **PLEASE TAKE FURTHER NOTICE,** that, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to:

copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned debtor (the "Debtor"), property in the possession, custody or control of the Debtor or the above referenced case. Creditor also requests copies of all responses by the Debtor to request for documents and/or information made by the United States Trustee.

Dated: Mineola, New York
November 02, 2020

                                                          MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
*Attorneys for Thurman Restaurant Holdings, LLC*
190 Wills Avenue
Mineola, New York 11501
(516) 747-0300
Scott A. Steinberg, Esq.
ssteinberg@meltzerlippe.com

By: */s/ Scott A. Steinberg*
      Scott A. Steinberg

TO: Scott Markowitz, Esq.
Tarter Krinsky & Drogin, LLP
1350 Broadway, 11th Floor
New York, NY 10018