**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Herald Hotel Associates, L.P.*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Alex Spizz, Esq.
Rocco Cavaliere, Esq.
smarkowitz@tarterkrinsky.com
aspizz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 11
Herald Hotel Associates, L.P.                                :
                                                             :  Case No.: 20-12266 (LGB)
                               Debtor.                       :
------------------------------------------------------------ x

## FOURTH SUPPLEMENTAL DECLARATION OF SERVICE

      Pursuant to the provisions 28 U.S.C. §1746, Jonilda Seitllari, declares under the penalty of perjury, the following to be true and correct:

      1.    I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Bergen, State of New Jersey.

      2.    On March 15, 2021, I caused to be served a true copy of the *(i) Notice of Deadline Requiring Filing of Proofs of Claim on or Before March 31, 2021 at 5:00 p.m. (Eastern Time)* and *(ii) Proof of Claim Form* via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed on the annexed Service List.

Dated: Lodi, New Jersey
       March 15, 2021

                                                        s/ Jonilda Seitllari
                                                       Jonilda Seitllari

## SERVICE LIST

SUSAN ANSELONA
8915 163RD AVE.
HOWARD BEACH, NY 414

COMAL FISHER
147-20 HUXLEY ST.
2ND FL.
ROSEDALE, NY 11422

PAUL MEILAK
305 2ND AVE.,
APT. 527
NEW YORK, NY 10003

ANDREW WONG
30-33 32ND STREET
1E
ASTORIA, NY 11102

DENISE CANCELLARE
224 EAST AVE.
VALLEY STREAM, NY 11580

XIAO QING HUANG
144-19 34TH AVE.
FLUSHING, NY 11354

ARNULFO PONCE
1311 PETERS BLVD.
BAYSHORE, NY 11706

MARISA RODRIGUEZ
2215 NEWKRIK AVENUE
APT. B3
BROOKLYN, NY 11226

JOSEPH DELGADO
140-08 14TH AVE.
WHITESTONE, NY 11357

EMILY KIM
198 VAN VORST STREET
APT. 51
JERSEY CITY, NJ 07302

ERIKA TAMPLENIZZA
930 EAST 4TH WALK
APT. 10C
NEW YORK, NY 10009

CHARLEY MAVIS
1033 EAST 85TH STREET
BROOKLYN, NY 11236